```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                              Case No. 07-cr-185-PB

**Matthew Lanz**


**O R D E R**

The defendant, through counsel, has moved to continue the June 3, 2008 trial in the above case, citing the need for additional time to complete discovery and engage in further plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 3, 2008 to July 8, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The May 22, 2008 final pretrial conference is continued to June 26, 2008 at 3:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 22, 2008

cc: Jessica Brown, Esq.
    Alfred Rubega, Esq.
    United States Probation
    United States Marshal